ANNA PARKER et al., Appellants, v. DONELL MOORE, Respondent.— In a negligence action to recover damages for personal injuries, plaintiffs appeal from an order of the Supreme Court, Westchester County, dated January 25, 1960, granting defendant's motion to vacate a prior order of said court dated December 14, 1959, striking out defendant's answer for his failure to appear and submit to an examination before trial; the motion being granted on the ground that the prior order had been inadvertently made by the court. Order affirmed, with $10 costs and disbursements. No opinion. The examination of the defendant before trial pursuant to plaintiff's notice shall proceed on 10 days' written notice or on any other date mutually fixed by the parties. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

LOUIS PERNA, Appellant, v. MARTHA PERNA, an Infant, by Her Guardian ad Litem, MARGARET MAURER, Respondent.— In an action by a husband against his wife to annul the marriage, the husband appeals from an order of the Supreme Court, Queens County, dated November 9, 1959, which: (1) granted the wife's motion to modify the final judgment of annulment entered September 11, 1959, on her default in answering, by changing his visitation rights and by directing him to pay her $20 per week for her support; and which (2) granted her other incidental relief. Order affirmed, without costs. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.